IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

CIVIL ACTION NO. 8:07-cv-03406-HMH-WMC

| | |
|---|---|
| MELODY EADIE,<br><br>        Plaintiff,<br><br>v.<br><br>ANDERSON COUNTY DISABILITIES<br>AND SPECIAL NEEDS BOARD,<br><br>        Defendant. | **DEFENDANT'S ANSWERS TO 26.01<br>INTERROGATORIES** |

Pursuant to Local Civil Rule 26.01, the Defendant herewith answers the following Interrogatories:

(A)    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:    None.**

(B)    As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:    Plaintiff has requested a jury trial.**

(C)    State whether the party submitting these responses is a publicly owned company and separately identify:  (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding

shares.

**ANSWER**:     **Not applicable.**

  (D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER**:     **The Plaintiff is a resident of Anderson County, South Carolina; the Defendant agency is located in Anderson County, South Carolina; and Plaintiff's employment with Defendant, which is the subject of this dispute, was in Anderson County, South Carolina.**

  (E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:  (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases:  arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER**:     **No.**

  (F) [Defendants only.]  If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER**:     **Defendant is identified correctly.**

(G) [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the bases of said liability.

**ANSWER**:     **Not applicable.**

        Respectfully submitted,

        LOGAN, JOLLY & SMITH, L.L.P.

        <u>   s/James W. Logan, Jr.   </u>
        James W. Logan, Jr. (Fed. ID# 2712)
        Stacey Todd Coffee (Fed. ID#6812)
        1805 North Boulevard  (29621)
        Post Office Box 259
        Anderson, South Carolina  29622
        864-226-2910
        864-226-1931 (Fax)
        logan@loganjollysmith.com

        ATTORNEYS FOR DEFENDANT

Anderson, South Carolina
October 17, 2007